**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SAGEWORKS, INC., | ) | |
| | ) | Case No. 1:17-cv-01483-LPS-CJB |
| Plaintiff, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| v. | ) | |
| | ) | |
| MOODY'S ANALYTICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, through their undersigned counsel, hereby stipulate that the above referenced action is hereby dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

Dated: April 20, 2018

Respectfully submitted,

| BAIRD MANDALAS BROCKSTEDT, LLC | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| */s/ Kevin A. Guerke* | */s/ Amy M. Dudash* |
| Kevin A. Guerke, Esquire (DE4096)<br>2961 Centerville Road, Suite 310<br>Wilmington, DE  19801<br>302.327.1100<br>kguerke@bmbde.com | Amy M. Dudash, Esquire (DE5741)<br>The Nemours Bldg.<br>1007 N. Orange Street, Suite 500<br>Wilmington, DE  19801<br>Tel:  302.574.3000<br>amy.dudash@morganlewis.com |
| *Counsel for Plaintiff Sageworks, Inc.* | *Counsel for Defendant Moody's Analytics, Inc.* |